**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

James Nordaker,

Plaintiff,

v.

US Bancorp, et al.

Defendants.

Civil 002735 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September 28 2001

PAUL A. MAGNUSON, JUDGE
United States District Court

FILED OCT 01 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____