UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James Nordaker,

Plaintiff,

v.

US Bancorp, a national association, its successor in interest, Plan Administrator and/or U.S. Bancorp's Comprehensive Welfare Benefit Plan: FBA Middle Management Change in Control Severance Pay Program,

Defendants.

Civil File No. 00-CV-2735 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated, by and between the parties, through their counsel of record, that the above matter be dismissed with prejudice and without further costs or attorney's fees to either party.

Dated: October 3, 2001

DORSEY & WHITNEY LLP

BY [signature]
Stephen P. Lucke (# 154210)
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 343-7947

Attorneys for U.S. Bancorp

Dated: October 5, 2001

JILL CLARK, P.A., ATTORNEY AT LAW

BY [signature]
Jill Clark
2005 Aquila Avenue North
Golden Valley, MN 55427

FILED NOV 8 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice and without further costs and attorney's fees to either party.

Dated: November 8, 2001

The Honorable Judge Paul Magnuson